# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

134222

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BEST CARE REHABILITATION, INC.,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant-Appellant.

SC: 134222
COA: 272395
Wayne CC: 05-527836-NO

_____/

      By order of December 28, 2007, the application for leave to appeal the March 20, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *Miller v Allstate* (Docket Nos. 134393, 134406). On order of the Court, the case having been decided on July 2, 2008, 481 Mich 601 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

Clerk

1020